No. 68121.—Abercrombie & Fitch Company v. United States, protests 62/13692, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of original miniatures the same in all material respects as those the subject of *Abercrombie & Fitch Company* v. *United States* (49 CCPA 129, C.A.D. 808), the claim of the plaintiff was sustained.